IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:07cv462

| | |
|---|---|
| CHRISTIAN CASEY LLC, a New York Limited Liability Company d/b/a SEAN JOHN, and STUDIO IP HOLDINGS LLC, a Delaware Limited Liability Company, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>VARIETY WHOESALERS, INC., a North Carolina Corporation, and DOES 1-10, inclusive, )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within five (5) days thereafter. The record reflects that joinder of the issues occurred on January 21, 2008, when the Defendant Variety Wholesalers, Inc. filed its

Answer to the Plaintiffs' Complaint, and that the Initial Attorneys Conference should have been completed by February 4, 2008, and the Report of that conference filed by February 11, 2008.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable and that the parties shall file a certificate of initial attorneys' conference with the Courtno later than February 29, 2008.

**IT IS SO ORDERED**.

Signed: February 18, 2008

Martin Reidinger
United States District Judge