# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv462

| | |
|---|---|
| CHRISTIAN CASEY LLC, a New York Limited Liability Company dba SEAN JOHN, and STUDIO IP HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>VARIETY WHOLESALERS, INC., a North Carolina Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission of attorney Brent H. Blakely as counsel *pro hac vice*.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Brent H. Blakely is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 7, 2008

Martin Reidinger
United States District Judge