IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-462

| | | |
|---|---|---|
| CHRISTIAN CASEY LLC, a New York Limited Liability Company dba SEAN JOHN; and STUDIO IP HOLDINGS LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| | ) | **CONSENT ORDER TO** |
| Plaintiffs, | ) | **EXTEND TIME FOR MEDIATED** |
| | ) | **SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| VARIETY WHOLESALERS, INC., a North Carolina Corporation; and DOES 1-10, inclusive, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court, upon Motion of the parties to extend the time for Mediated Settlement Conference until September 30, 2008 for the reason that the attorneys for the Plaintiff and Defendant have attempted to schedule depositions of witnesses whose testimony will be necessary in the settlement discussions and as it appears that those depositions will not be able to occur until August, 2008, the parties need additional time to conduct the mediated settlement conference, and the Court, in its discretion, is of the opinion that such request should be allowed.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the time within which to conduct a mediated settlement conference is hereby extended for a period of Sixty (60) days, or through the 30th day of September, 2008.

**SO ORDERED**.

Signed: June 23, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

WE CONSENT:


/s/ M. Heath Gilbert, Jr.                                    /s/ Larry R. Staton, Jr.
M. HEATH GILBERT, JR.                                  LARRY R. STATON, JR.
State Bar No. 27851                                          State Bar No. 37,826
Attorneys for Plaintiffs                                     Attorney for Defendants
Christian Casey, LLC and Studio IP Holdings, LLC             Variety Wholesalers, Inc.
hgilbert@baucomclaytor.com                                   lrs@adamspat.com