IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-462

| | |
|---|---|
| CHRISTIAN CASEY LLC, a New York Limited Liability Company dba SEAN JOHN; and STUDIO IP HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>VARIETY WHOLESALERS, INC., a North Carolina Corporation; and DOES 1-10, inclusive,<br><br>        Defendant. | **CONSENT ORDER TO EXTEND TIME TO SUBMIT EXPERT REPORTS** |

THIS MATTER comes before the Court, upon Motion of the parties to extend the time for Submitting Expert Reports by the parties. Deadline for the Submission of Expert Reports of the Plaintiff is August 21, 2008. Deadline for Submission of the Report of the Defendant is Thirty (30) days thereafter. Parties need additional time in which to have the Expert Reports submitted as the Expert for Plaintiff is still reviewing documents. The Court in its discretion, is of the opinion that such request should be allowed.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the time within which to submit Expert Opinion Reports for the Plaintiff is hereby extended for a period up and until September 19, 2008 and that the time for the extension of the Expert Report of the Defendant is hereby extended until October 20, 2008.

**SO ORDERED**.

Signed: August 21, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

WE CONSENT:

| | |
|---|---|
| /s/ M. Heath Gilbert, Jr. | /s/ W. Thad Adams, III |
| M. HEATH GILBERT, JR. | W THAD ADAMS, III |
| State Bar No. 27851 | State Bar No. 00020 |
| Attorneys for Plaintiffs | Attorney for Defendants |
| Christian Casey, LLC and Studio IP Holdings, LLC | Variety Wholesalers, Inc. |
| hgilbert@baucomclaytor.com | wat@adamspat.com |