# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv462

| | |
|---|---|
| CHRISTIAN CASEY LLC, a New York Limited Liability Company dba SEAN JOHN, and STUDIO IP HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>VARIETY WHOLESALERS, INC., a North Carolina Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | <u>**ORDER AND**</u><br><u>**NOTICE OF HEARING**</u> |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion for Extension of Time to respond to the Defendant's Motion in Limine. [Doc. 59].

For cause shown, **IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion [Doc. 59] is **ALLOWED**, and the Plaintiffs shall have until **February 12, 2009** in which to file a response to the Defendant's Motion in Limine.

**IT IS FURTHER ORDERED** that, in light of the ethical issues raised in the Defendant's Motion in Limine, the Plaintiffs shall have until **February 12, 2009** to show cause in writing as to why their counsel, Brent W. Blakely, should not be disqualified from further representation of the Plaintiffs in this action or that his *pro hac vice* privileges not be revoked.

**IT IS FURTHER ORDERED** that the Court will conduct a show cause hearing on the disqualification of Plaintiffs' counsel and a hearing on all pending motions on **February 27, 2009 at 2:00 pm** in the Charlotte Division.

**IT IS SO ORDERED.**

Signed: February 6, 2009

Martin Reidinger
United States District Judge